RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 13 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

DR TRUST JUSTICE "TJ" TRUTH, ESQ
4030 S. JONES BLVD., SUITE 31587
LAS VEGAS, NV 89103
702.686.0907
tjtruthesq@gmail.com

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEVADA

| | |
|---|---|
| DR TRUST JUSTICE "TJ" TRUTH, ESQ<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA CASUALTY INDEMNITY EXCHANGE (THE)<br><br>Defendant | Case No.: 2:22CV1451<br><br>**MOTION REQUESTING AUTHORIZATION TO E-FILE** |

NOW COMES, the PLAINTIFF, DR. TRUST JUSTICE "TJ" TRUTH, ESQUIRE, in the above-referenced matter, hereby files the following MOTION REQUESTING AUTHORIZATION TO E-FILE and respectfully requests the Court's authorization for him to register.

NextGen CM/ECF Registration for Account Number: 7209244

Date of signing:  13 SEPTEMBER 2022

Signature of Plaintiff: _____
DR. TRUST JUSTICE "TJ" TRUTH, ESQUIRE

```
DR TRUST JUSTICE "TJ" TRUTH, ESQ
4030 S. JONES BLVD., SUITE 31587
LAS VEGAS, NV 89103
702.686.0907
tjtruthesq@gmail.com
```

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEVADA

| | |
|---|---|
| DR TRUST JUSTICE "TJ" TRUTH, ESQ<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA CASUALTY INDEMNITY EXCHANGE (THE)<br><br>Defendant | Case No.: 2:22CV1451<br><br>***ORDER GRANTING AUTHORIZATION TO E-FILING*** |

This ORDER was submitted after a review of the MOTION TO REQUEST AUTHORIZATION TO E-FILE, pleadings papers on file and testimony given, if any, and good cause appearing therefore:

IT IS SO ORDERED that DR. TRUST JUSTICE "TJ" TRUTH is AUTHORIZED to E-FILE and his e-filing privileges will be activated.

Date of signing:  14  SEPTEMBER 2022

_____
U.S. Magistrate Judge

***ORDER GRANTING AUTHORIZATION TO E-FILING***