_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
                COUNSEL/PARTIES OF RECORD

NOV 2 3 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

DR TRUST JUSTICE "TJ" TRUTH, ESQ
4030 S. JONES BLVD., SUITE 31587
LAS VEGAS, NV 89103
702.686.0907
tjtruthesq@gmail.com

UNITED STATES DISTRICT COURT  FOR THE

DISTRICT OF NEVADA

| | |
|---|---|
| DR TRUST JUSTICE "TJ" TRUTH, ESQUIRE<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA CASUALTY INDEMNITY EXCHANGE (THE)<br><br>Defendant | Case No.:  2:22-cv-1451-GMN-BNW<br><br>**NOTICE AND MOTION FOR RULE 11 SANCTIONS THAT INCLUDE STRIKING ALL OF DEFENDANT'S FILED-PLEADINGS, INCLUDING BUT LIMITED TO, ITS "ANSWER" AND DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT AND SUMMARY JUDGMENTS** |

**TO CCIE AND ITS ATTORNEYS:**

**YOU ARE HEREBY NOTIFIED** that on _____, 202___

in COURTROOM _____ of the above-referenced court, located at 333 S. Las Vegas Blvd., Las Vegas, NV 89101; DR. TRUST JUSTICE "TJ" TRUTH will and hereby does move THIS COURT for an ORDER imposing *MANDATORY* **SANCTIONS** AGAINST CCIE AND ITS ATTORNEYS, jointly and severally, that include **STRIKING** FROM THE

COURT RECORDS ALL OF DEFENDANT'S FILED-PLEADINGS, INCLUDING BUT LIMITED TO, ITS "ANSWER" AND DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT AND SUMMARY JUDGMENTS as well as the amount of **$25,000** in Attorney and Court Fees and **$1,000,000** in Punitive Damages pursuant to RULE 11 of the Federal and Nevada Rules of Civil Procedure.

DATED: **23 NOVEMBER 2022**

BY: _____

DR TRUST JUSTICE "TJ" TRUTH, ESQUIRE

THIS NOTICE AND MOTION IS SUPPORTED BY THE COURT RECORD AND THE FOLLOWING MEMORANDUM OF POINTS AND AUTHORITIES.  I FURTHER DECLARE UNDER PENALTY OF PERJURY THAT THE FOLLOWING IS TRUE AND CORRECT TO THE BEST OF MY INFORMATION AND BELIEF.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION

There is something **SERIOUSLY** wrong with our JUDICIAL SYSTEM, as in this case, where *CCIE*, through *ITS* attorneys, i.e. Sheri M. Thome (hereinafter "*said BAD APPLE*"), thinks that *IT* can **PERJURE** *ITSELF*, LIE to THIS COURT, file pleadings, e.g. her so-called "ANSWER," that VIOLATE **Rule 11** of the FRCP as well as to submit a **FALSIFIED,** *i.e.,* **FORGED**, document; all due to *CCIE's*, including *ITS* Attorneys', **WILLFUL** REFUSAL to **PROCESS, SETTLE AND PAY OUT ON MY CLAIM** AS REQUIRED BY **LAW OF BOTH NEVADA AND CALIFORNIA** that THIS COURT **needs to address!!** **FURTHERMORE,** *said BAD APPLE's* conduct has risen to the level of being CRIMINAL and exemplifies the reason Attorneys have such a **BAD** Reputation and hers is **ROTTEN TO THE CORE!**

WHAT *said BAD APPLE,* her FIRM and *CCIE* fail to comprehend is that the job of an attorney is **FIRST and FOREMOST** as an **OFFICER OF THE COURT** sworn to **UPHOLD** the LAW and **PROMOTE** JUSTICE; **NOT** to make money in the furtherance of *CCIE's*

violation of the law and to propagate *CCIE's* **UNFAIR/UNLAWFUL PRACTICES** at the **EXPENSE OF JUSTICE** to the *VICTIMS* OF *CCIE's* **INJUSTICES!!**  MOREOVER the **RULES** require *said BAD APPLE* to be competent in the law to which she is prosecuting a lawsuit on *CCIE's* behalf.  ADDITIONALLY, WHEN a client or potential client has *BLATANTLY* **VIOLATED** THE LAW, as in this case; said BAD APPLE has an *ETHICAL and MORAL* **OBLIGATION** to **INFORM** said client that *IT* **MUST** comply with the law and REFUSE to represent it!

**Rule 11** of the FRCP requires that an attorney can **NOT** sign a PLEADING to be file and then file it in a federal district court **UNTIL A REASONABLE INQUIRY HAS BEEN MADE UNDER THE CIRCUMSTANCES** and ONLY AFTER THIS **REASONABLE INQUIRY**, IF she BELIEVES the PLEADING is *well grounded* **in fact** and if warranted **by existing law!!**   If the pleading is sign in violation of this requirement THIS DISTRICT COURT **MUST** impose upon the Attorney, the Attorney's Firm and the Attorney's client the appropriate SANCTIONS!  Gerber, Robert S., *BRINGING AND RESISTING RULE 11 SANCTIONS,* Am. Jur. TRIALS, 47:521-590, p. 536 (Lawyers Cooperative Publishing 1993).

## II. BACKGROUND

PLAINTIFF incorporates herein by this reference the **ALLEGATIONS COMMON TO ALL CAUSES OF ACTION** of the COMPLAINT inclusively as though set forth at length and in full herein. Only the FACTS that are believe to be most relevant to this Motion for Sanctions for the Violation of RULE 11 have been repeated or more fully explained are

included herein.  FURTHERMORE, PLAINTIFF incorporates herein by this reference all pleadings previously filed in the above-reference case and are part of THIS COURT RECORD, including, but not limited to those relating to the GRANTING of a SUMMARY AND DEFAULT JUDGMENT against CCIE.

When reading together NRS §686A.310 and NAC §686A.675, they stipulate that an insurance company has **30-working days** after the Claims Adjuster/Estimator receives the properly executed and completed PROOF OF LOSS documentation that **CLEARLY** *establishes ITS* **liability** to settle and pay THIS CLAIM/LOSS and so that he/she can make a DETERMINATION as to whether **TO ACCEPT, DENY** or **REQUEST MORE TIME** regarding THIS CLAIM.  When this does **NOT** OCCUR, THIS COURT has found that NRS §686A.310 has been violated and requires *IT*, like *CCIE*, as a matter of law TO PAY the claim **AS ESTABLISHED** by the properly executed and completed PROOF OF LOSS documentation.  *SEE Turk versus TIG Insurance Company,* 616 F. Supp. 1044, 2009 United States District LEXIS 45407 (D. Nevada 2009); *Ainsworth versus Combined Insurance Company,* 104 Nevada 587, 763 P.2d 673 1988; Nevada LEXIS 91 (Nevada 1988).  MOREOVER, as set forth in **Subsection II** of NRS §686A.310, DEFENDANT **is LIABLE** to **PLAINTIFF** for **ANY and ALL** DAMAGES **SUSTAINED** by PLAINTIFF as **a DIRECT, PROXIMATE and FORESEEABLE RESULT of ENGAGING** in any **ONE** of the **ACTIVITIES** set forth in **Subsection I** of NRS §686A.310 as **UNFAIR/ UNLAWFUL PRACTICES.** *SEE* NRS §686A.310; *Ainsworth versus Combined Insurance Company,* 104 Nevada 587, 763 P.2d 673 1988; Nevada LEXIS 91 (Nevada

1988).  FURTHERMORE, THIS COURT has continually stated that there is a **SPECIAL FIDUCIARY RELATIONSHIP** between the insured and the insurer, especially since the insured buys insurance for **SECURITY, PROTECTION and PEACE OF MIND.**  *SEE Ainsworth versus Combined Insurance Company,* 104 Nevada 587, 763 P.2d 673 1988; Nevada LEXIS 91 (Nevada 1988).  IN ADDITION, the FACTS **CLEARLY** *establish* and *support* a finding that *CCIE* and THIS *said BAD APPLE* acted **RECKLESSLY and OPPRESSIVELY, KNOWING** that there was **NO REASONABLE BASIS** for **DENYING** THIS CLAIM and were using **UNFAIR/UNLAWFUL PRACTICES TO AVOID** paying this **CLAIM.**

AS MENTIONED-ABOVE, *said STATUTE* is **CRYSTAL CLEAR** on this matter and the COURTS have held that once the INSURER receives any information regarding a CLAIM LOSS that *IT* has **30-DAYS,** CALENDAR (California)  or WORKING (Nevada), **TO ACCEPT, DENY or REQUEST MORE TIME** and FAILURE to do is considered **UNFAIR/UNLAWFUL PRACTICE** and the INSURER is **ESTOPPED** from any further inquiries regarding this matter as *IT* has been provided adequate time to make THIS DETERMINATION and **MUST** THEREFORE, **Process** AND **Offer** a **SETTLEMENT** BASED ON THE INFORMATION THAT THEY RECEIVED **more than** 30-DAYS AGO-**NO IF, AND or BUTS ABOUT IT!** *CCIE* HAS **FAILED TO DO THIS**-HENCE THE LAWSUIT!  THUS *CCIE* and *ITS* attorney by law, upon failing to request more time within those 30 days, can **NOT** NOW try to circumvent the law by using a Discovery Request in order to break the law as is occurring here with said BAD APPLE's Discovery Request!

FURTHERMORE, THE COURT in *Ainsworth* made clear that the INSURER could NOT use LITIGATION, i.e., MAKE A DISCOVERY REQUEST that should have been requested doing said 30-DAYS, but was NOT, in order to bypass THIS LAW and in fact, reprimanded THE INSURER for TRYING TO DO SO! *Ainsworth versus Combined Insurance Company,* 104 Nevada 587, 763 P.2d 673 1988; Nevada LEXIS 91 (Nevada 1988). I AM **NOT** quite sure why *said BAD APPLE* thinks that *CCIE* is above the law, does **NOT** have to follow the law, and is immune from any damages caused by *IT* **VIOLATING** the law!

### III.  LEGAL STANDARD:  THE "FRIVOLOUSNESS" AND "IMPROPER PURPOSE" TESTS

UNDER RULE 11, A PLEADING can **NOT** be signed and submitted to THIS COURT if it is *EITHER* **(1) FRIVOLOUS** *OR* **(2)** interposed for any ***"IMPROPER PURPOSE."*** BOTH THESE TESTS are measured under the same **OBJECTIVE** standard, *i.e., what a* ***COMPETENT*** Attorney ***SHOULD HAVE KNOWN*** *AFTER CONDUCTING A* **REASONABLE INQUIRY** *UNDER THE CIRCUMSTANCES.* ALR Fed Annotation: For additional discussion of Rule 11 standards, See Comment Note -- General principles regarding imposition of sanctions under Rule 11, Federal Rules of Civil Procedure 95 ALR Fed 107.

UNDER THE *FRIVOLOUS* TEST, THIS COURT will determine whether a **COMPETENT** attorney admitted to practice before THE COURT could reasonably have had a good faith belief in the MERIT of a Factual or Legal Contention **AFTER** an

*OBJECTIVELY* **REASONABLE INQUIRY** *UNDER THE CIRCUMSTANCES.* *SEE, e.g., Zaldivar versus Los Angeles* (1986 CA9 Cal) 780 F.2d 823, 4 FR Serv 3d 264.  Some COURTS have held that a **SINGLE** portion of a pleading, *e.g.*, an ANSWER, can violate **Rule 11** even though the remainder of the pleading is meritorious.  THUS, the addition of **ONE** frivolous **AFFIRMATIVE DEFENSE** HAS BEEN HELD TO WARRANT RULE 11 SANCTIONS.  *Langham-Hill Petroleum, Inc. v. Southern Fuels Co.* (1987 CA4 Md) 813 F.2d 1327, 7 FR Serv 3d 321, *cert. den.* 484 US 829,98 L Ed 2d 60, 108 S.Ct. 99.

UNDER THE *IMPROPER PURPOSE* TEST, THIS COURT will determine whether the pleading, motion or other paper has been Interposed for purposes of **DELAY, HARASSMENT** OR **INCREASING THE COSTS OF LITIGATION**.  *SEE, e.g., Brown versus Federation of State Medical Bds* (1987, CA7 Ill) 830 F.2d 1429, 44 CCH EPD ¶37398, 9 FR Serv 3d 1.

THE COURTS have interpreted the language of Rule 11 to mean that these SANCTIONS ARE **MANDATORY** once THIS COURT determines that Rule 11 has been **VIOLATED!**  Gerber, Robert S., *BRINGING AND RESISTING RULE 11 SANCTIONS,* Am. Jur. TRIALS, 47:521-590, p. 537 (Lawyers Cooperative Publishing 1993).

THIS COURT maintains broad discretion concerning the nature of sanctions it can impose when Rule 11 has been violated and these include, but are not limited to, the Dismissal of an Action and Public Censorship of an Attorney.  Gerber, Robert S., *BRINGING AND RESISTING RULE 11 SANCTIONS,* Am. Jur. TRIALS, 47:521-590, p. 541 (Lawyers Cooperative Publishing 1993).  Rule 11(c)(3) of the FRCP, allows THIS

COURT, on *ITS* OWN initiative, to order an attorney and his/her firm or party to show cause why their conduct specified herein has **NOT** violated Rule 11.

### IV. ARGUMENT

**A.   *CCIE'S, BY ITS ATTORNEY, SIGNED AND SUBMITTED PLEADINGS THAT ARE FRIVOLOUS UNDER RULE 11 OF FRCP AND NRCP.***

**RULE 11** requires that s*aid BAD APPLE* to be **COMPETENT** in the law to which she is prosecuting a lawsuit on *CCIE's* behalf.  It is patently clear, especially when reading her so-called "ANSWER" that this is **NOT** the case.  Because of this, she is FURTHERING *CCIE's* **UNFAIR/UNLAWFUL PRACTICES** as an **AGENT** of *CCIE.  SAID STATUTE* is **CRYSTAL CLEAR** on this matter and the COURTS have held that once the INSURER receives any information regarding a CLAIM LOSS that *IT* has **30-DAYS**, CALENDAR (California)  or WORKING (Nevada), **TO ACCEPT, DENY or REQUEST MORE TIME** and FAILURE to do is considered **UNFAIR/UNLAWFUL PRACTICE** and the INSURER is **ESTOPPED** from any further inquiries regarding this matter as *IT* has been provided adequate time to make THIS DETERMINATION and **MUST** THEREFORE, **Process** AND **Offer** a **SETTLEMENT** BASED ON THE INFORMATION THAT THEY RECEIVED **more than** 30-DAYS AGO-**NO IF, AND or BUTS ABOUT IT!** *CCIE* HAS **FAILED TO DO THIS!!**  FURTHERMORE, THE COURT in *Ainsworth* made clear that the INSURER could **NOT** use LITIGATION, i.e., MAKE A DISCOVERY REQUEST that should have been requested doing said 30-DAYS, but was NOT, in order to bypass THIS LAW and in fact, reprimanded THE INSURER for TRYING TO DO SO! *Ainsworth versus*

*Combined Insurance Company,* 104 Nevada 587, 763 P.2d 673 1988; Nevada LEXIS 91 (Nevada 1988).

AS TO *said BAD APPLE's so-called* ANSWER, this is a BASELESS, SELF-SERVICING, NON-RESPONSIVE DOCUMENT that EXTOLS her IGNORANCE of the LAW and LACK of EMPATHY of this **MOST HORRIFIC CATASTROPHIC and LIFE-ALTERING *COVERED* LOSS PERIL** of over **$500,000** of my Personal Property removed from my Rental and that this was **EVERYTHING** I owned or acquired for over the **60+** years of my life and **ALL** I have to my name is the clothes that I am wearing as well as that my safe containing all information regarding the stolen personal property, such as all the receipts and the Certificates of Authentication of the baseballs, was taken too. *SAID BAD APPLE's so-called* "ANSWER" is the classic example provided to you in an ETHIC's Course as the type of submission that is **GUARANTEED** to BE **STRUCK** as a NON-RESPONSE, i.e. FRIVOLOUS, Document and get you **SANCTIONED** by THE COURT!  A **REASONABLE INQUIRY UNDER THE CIRCUMSTANCES** would involve a **REVIEW OF CCIE'S CLAIM LOG REGARDING MY CLAIM** and failure to do this AMOUNTS TO A **VIOLATION** OF RULE 11 AND CLAIMING *IGNORANCE* IS NO DEFENSE FOR VIOLATING RULE 11 when the FACTS are EASILY **VERIFIABLE** via the CLAIM'S LOG! THUS, it is patently clear that *said BAD APPLE* made **NO** *REASONABLE INQUIRY UNDER THE CIRCUMSTANCES* **WHATSOEVER** in the preparation of HER "ANSWER" and as such is a **BLATANT VIOLATION of RULE 11.**

AS MENTIONED-ABOVE, her COURT submissions further serves to **ESTABLISH** that s*aid BAD APPLE is INCOMPETENT as the law* to which she is prosecuting this lawsuit on *CCIE's* behalf.   HER statement, **UNDER OATH**, that NRS §686A.310 does **NOT** APPLY shows her **IGNORANCE of the Law** as this is what was **VIOLATED** *WHILE I WAS A RESIDENT OF NEVADA* and as **nothing** to do where the LOSS took place.  As to her comment of the INSURANCE Policy ISSUING in California; the FACTS clearly set forth that said POLICY **unlawfully issued in COLORADO** by a NON-LICENSED **CA** INSURANCE Producer/Agent-although at present I am not pursuing this CAUSE OF ACTION against *CCIE*.

MOREOVER, in OTHER PLEADINGS, such as *DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, said BAD APPLE* is **INTENTIONALLY MISREPRESENTING** to THIS COURT that *REGISTERED AGENT SOLUTIONS, INC.* (hereinafter "*RAS*") is the registered agent of *CCIE*.  A search of the DATABASES of the CA Department of Insurance (hereinafter "DOI") and CA Secretary of State (hereinafter "SOS") would have confirmed that *RAS* is **NOT** the registered agent of *CCIE*, **BUT FOR** *CCMC*.  I also called RAS to confirm this fact.  THIS IS WHAT A **REASONABLE INQUIRY UNDER THE CIRCUMSTANCES** AS **REQUIRED** BY RULE 11 **ENTAILS!!** A FURTHER EXAMPLE of *said BAD APPLE's* incompetency and hence her NEED TO **INTENTIONALLY MISREPRESENT** to THIS COURT that *RAS* is the registered agent of *CCIE* is her most recent submission of **THIS FALSIFIED/FORGED** *DOCUMENT* in a FURTHER ATTEMPT to **DECEIVE** THIS COURT by submitting a SEARCH of the *SOS*

databases that establishes that *RAS* is a Registered Agent of CALIFORNIA CASUALTY INSURANCE COMPANY (hereinafter "*CCIC*"), an OREGON Corporation, and CLAIMS, UNDER OATH, to represent that *CCIC* is *CCIE*.  HOWEVER, *CCIE* is a California Corporation and **a COMPLETELY Separate Entity from that of** *CCIC*.  *SEE* **EXHIBIT A**-*CCIC SEARCH*.

ACCORDINGLY, *said BAD APPLE,* **FAILS** to be **BOTH COMPETENT** in the law to which she is prosecuting a lawsuit on *CCIE's* behalf and to have made a **REASONABLE INQUIRY UNDER THE CIRCUMSTANCES** AS **REQUIRED** BY RULE 11 before signing and submitting her pleadings to THIS COURT as to having a GOOD FAITH BELIEF IN THE MERITS OF HER ASSERTIONS AS BEING ***NON*-FRIVOLOUS.**  AS A RESULT, *said BAD APPLE,* is having TO RESORT to **LYING and DECEIVING** THIS COURT into believing that she has **MERITORIOUS** grounds for filing her pleadings; which she does **NOT**!

FURTHERMORE, *said BAD APPLE's* MERITS of the Pleadings are **NOT** grounded in the LAW, **BUT IN VIOLATION OF THE LAW** and she has yet to cite any LEGAL PRECEDENCE for her pleadings, ONLY Procedural rules!  THUS *CCIE* and *ITS* attorney, upon failing to request more time within those 30 days, can **NOT** NOW try to circumvent the law by using a Discovery Request in order to break the law as is occurring here with *said BAD APPLE's* Discovery Request!   I AM **NOT** quite sure why said BAD APPLE thinks that *CCIE* is above the law, does not have to follow the law, and is immune from any damages caused by *IT* violating the law!

ALSO AS POINTED-OUT ABOVE, some COURTS have recently held that a **SINGLE** portion of a pleading, i.e. an ANSWER, can violate Rule 11 even though the remainder of the pleading is meritorious.  THUS, the addition of **ONE (1) FRIVOLOUS** *Affirmative Defense* HAS BEEN HELD **TO WARRANT** RULE 11 SANCTIONS.  *Langham-Hill Petroleum, Inc. v. Southern Fuels Co.* (1987 CA4 Md) 813 F.2d 1327, 7 FR Serv 3d 321, *cert. den.* 484 US 829,98 L Ed 2d 60, 108 S.Ct. 99.  *Said BAD APPLE's* so-called "ANSWER" has **SEVENTEEN (17) FRIVOLOUS** *Affirmative Defenses* with **NO** support WHATSOEVER given for why they are included!  **IF ONE** (1) is sufficient TO WARRANT **MANDATORY SANCTIONS** then **SEVENTEEN (17)** should be reason to STRIKE **THIS ANSWER** AS WELL AS **ALL** OTHER FILED PLEADINGS SIGNED AND SUBMITTED BY *said BAD APPLE*!

**B.   *CCIE'S, BY ITS ATTORNEY, SIGNED AND SUBMITTED PLEADINGS THAT ARE SUBMITTED FOR IMPROPER PURPOSES UNDER RULE 11 OF FRCP AND NRCP.***

As is PATENTLY CLEAR ABOVE, *said BAD APPPLE*'s submitted to THIS COURT for ITS CONSIDERATION **FRIVOLOUS** Pleadings. MOREOVER, *said BAD APPLE's so-called* ANSWER is a FRIVOLOUS, NON-RESPONSIVE DOCUMENT submitted ONLY as a FACADE **to DECEIVE** THIS COURT as **PURPORTING** to BE an ANSWER for **DOCKETING** PURPOSES and DELAYING PAYMENT OF MY CLAIM to which I am LEGALLY-ENTITLED.   FURTHERMORE, *said BAD APPPLE* FILED THESE **FRIVOLOUS** Pleadings **WITH THE INTENT TO USE THEM FOR THE FOLLOWING IMPROPER PURPOSES AS WELL AS COMMITTING THE FOLLOWING**

**UNLAWFUL/UNFAIR PRACTICES** BEFORE THIS COURT.  THIS LIST IS NOT ALL INCLUSIVE, BUT SETS FORTH THE MORE **EGREGIOUS AND HEINOUS** ONES:

**(1) DELAY, HARASSMENT, MALICIOUS PROSECUTION & ABUSE OF PROCESS**

(a) AS POINTED-OUT ABOVE, some COURTS have recently held that a **single** portion of a pleading, i.e. an ANSWER, can violate Rule 11 even though the remainder of the pleading is meritorious.  THUS, the addition of **ONE (1) FRIVOLOUS** *Affirmative Defense* HAS BEEN HELD **TO WARRANT** RULE 11 SANCTIONS. *Langham-Hill Petroleum, Inc. v. Southern Fuels Co.* (1987 CA4 Md) 813 F.2d 1327, 7 FR Serv 3d 321, *cert. den.* 484 US 829,98 L Ed 2d 60, 108 S.Ct. 99.  *Said BAD APPLE's* so-called "ANSWER" has **SEVENTEEN (17) FRIVOLOUS** *Affirmative Defenses* with **NO** support WHATSOEVER given for why they are included!  **IF ONE** (1) is sufficient then **SEVENTEEN (17)** should be reason to AT LEAST REMOVE HER FROM THIS CASE!

(b) CCIE's use of DELAY TACTICS, e.g. requesting 180 Discovery Period, and use of THE INCOMPETENCY ITS Attorney are further examples of CCIE's UNLAWFUL/UNFAIR PRACTICES!

(c) ADDITIONALLY, WHEN a client or potential client has *BLATANTLY VIOLATED* THE LAW, as in this case; said BAD APPLE has a *MORAL* and *ETHICAL* **OBLIGATION** to inform said client that *IT* must comply with the law and REFUSE to represent it and in failing to do so and actually representing client in the courtroom is **PER SE** MALICIOUS PROSECUTION.

**(d)** FURTHERMORE, *said BAD APPLE's EGREGIOUS* CONDUCT and UNFAIR/UNLAWFUL PRACTICES borders on being **HARASSMENT and a HATE CRIME** against ME for simply being the 2ND COMING here on Earth to **RIGHT the WRONGS** and to **SAVE Humankind from EXTINCTION**!

**(2) FURTHERANCE OF A CRIME & FURTHER VIOLATION OF NRS §686A.310**

**(a)** THE **RULES** REQUIRE s*aid BAD APPLE* to be competent in the law to which she is prosecuting a lawsuit on *CCIE's* behalf. It is patently clear, especially when reading her so-called "ANSWER" that this is **NOT** the case. Because of this, she is FURTHERING *CCIE's* **UNFAIR/UNLAWFUL PRACTICES** as an **AGENT** of *CCIE. SAID STATUTE* is **CRYSTAL CLEAR** on this matter and the COURTS have held that once the INSURER receives any information regarding a CLAIM LOSS that *IT* has **30-DAYS**, CALENDAR (California) or WORKING (Nevada), **TO ACCEPT, DENY or REQUEST MORE TIME** and FAILURE to do is considered **UNFAIR/UNLAWFUL PRACTICE** and the INSURER is **ESTOPPED** from any further inquiries regarding this matter as *IT* has been provided adequate time to make THIS DETERMINATION and **MUST** THEREFORE, **Process** AND **Offer** a **SETTLEMENT** BASED ON THE INFORMATION THAT THEY RECEIVED more than 30-DAYS AGO-**NO IF, AND or BUTS ABOUT IT!** *CCIE* HAS **FAILED TO DO THIS**-HENCE THE LAWSUIT!

**(b)** AS FURTHER MENTIONED-ABOVE, once the 30 days have expired; *CCIE* is **NOT** entitled to request any further information regarding **THIS CLAIM** as it was provided adequate time to do so and its **THIS FAILURE** TO ACT **ON THE INFORMATION** that has BEEN PROVIDED that **VIOLATES** *said STATUTE. SAID BAD APPLE,* **IN FURTHER VIOLATION** of *said STATUTE,* **INTENDS** to request further information *in the guise* of a DISCOVERY REQUEST' I.E. **SHE INTENDS TO BREAK THE LAW!!**

**(c)** FURTHER EXAMPLES of *CCIE's* UNLAWFUL/UNFAIR PRACTICES is *CCIE's* use of DELAY TACTICS, e.g., requesting 180 Discovery Period, to circumvent said Statute!

**(d)** ADDITIONALLY, WHEN a client or potential client has *BLATANTLY* **VIOLATED** THE LAW, as in this case; said BAD APPLE has a *MORAL* and *ETHICAL* **OBLIGATION** to inform said client that *IT* must comply with the law and REFUSE to represent it and in failing to do so and actually representing client in the courtroom is **PER SE** MALICIOUS PROSECUTION. and actually representing client in the courtroom is **PER SE** MALICIOUS PROSECUTION and THUS YOU BECOME a CO-CONSPIRATOR of that client!!

**(e)** FURTHERMORE, *said BAD APPLE's* horrific treatment borders on being a **HATE CRIME** against me for simply being the 2ND COMING here on Earth to **RIGHT the WRONGS** and to **SAVE Humankind from EXTINCTION!**

**(3) PERJURY**

(a) *SAID BAD APPLE* has **FURTHER** **LIED and PERJURED** herself by **INTENTIONALLY MISREPRESENTING** to THE COURT that *REGISTERED AGENT SOLUTIONS, INC.* (hereinafter "*RAS*") is the registered agent of *CCIE*. A search of the DATABASES of the CA Department of Insurance (hereinafter "DOI") and CA Secretary of State (hereinafter "SOS") would have confirmed that *RAS* is **NOT** the registered agent of *CCIE*, **BUT FOR** *CCMC*. I also called RAS to confirm this fact. THIS IS WHAT A **REASONABLE INQUIRY UNDER THE CIRCUMSTANCES** AS **REQUIRED** BY RULE 11 **ENTAILS**!!

(b) *SAID BAD APPLE* has submitted a **FALSIFIED/FORGED** *DOCUMENT* prepared by *RAS* as a means to deceive THIS COURT as to her law firm's even has authority to represent *CCIE* as well as to support her assertions to a **NON-FRIVOLOUS** prosecution of *CCIE's* **UNFAIR/UNLAWFUL PRACTICES**. However, since these **LIES** made to THIS COURT are **UNDER OATH**; she has **PERJURED** HERSELF and committed **FRAUD** on THIS COURT. *SEE* **EXHIBIT B**-*FORGED DOCUMENT*.

(c) *SAID BAD APPLE* has **PERJURED** herself because she states **UNDER OATH** in DEFENDANT's OPPOSITION TO PLAINTIFF'S ENTRY OF A DEFAULT JUDGMENT AGAINST *CCIE* that "*CCIE received formal notification of service through its registered agent on October 19, 2022.*" THIS IS A LIE! AS

*RULE 11 SANCTIONS*          *PAGE 17 OF 28*

mentioned above, the *RAS RECEIPT* is a **FALSIFIED/FORGED *DOCUMENT*** that fraudulently states that a COMPLAINT along with a SUMMONS and a DEMAND FOR JURY TRIAL were personally served on CCIE's Registered Agent. *SEE* **EXHIBIT B**-*FORGED DOCUMENT.*   FOR A DETAILED DISCUSSION CONCERNING THIS **FALSIFIED/FORGED *DOCUMENT*** PLEASE REFER TO **PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION AND THIS COURT FAILURE TO ENTER A DEFAULT JUDGMENT AGAINST CCIE AS REQUIRED BY RULE 55(b)(1).**

(d) FURTHERMORE, *said BAD APPLE* HAS NOW RESORTED TO more ***BRAZEN* MISCONDUCT** and is relying on further **DECEPTION** by using **MISDIRECTION** TO CONFUSE THE COURT.  SHE submits a document that shows that RAS is a Registered Agent of *CCIC*, an **OREGON** Corporation, and tries to represent that CCIC is *CCIE* as well as resubmitting the same **FALSIFIED/FORGED RAS RECEIPT OF PROCESS of SERVICE** WITHOUT the ENCLOSURES in an EFFORT once again TO **DECEIVE** THIS COURT into believing this is a LEGITIMATE Document.

(e) A FURTHER EXAMPLE of *said BAD APPLE's* lying and perjuring herself to THIS COURT is that she is continuing to **INTENTIONALLY** MISREPRESENT that *RAS* is the registered agent of *CCIE.*  IN HER MOST recent submission of THIS **FALSIFIED/FORGED *DOCUMENT*,** she attempts to DECEIVE THIS COURT by

submitting a SEARCH of the *SOS* databases that establishes that *RAS* is a Registered Agent of CALIFORNIA CASUALTY INSURANCE COMPANY (hereinafter "*CCIC*"), an OREGON Corporation, and CLAIMS, UNDER OATH, to represent that *CCIC* is *CCIE*.  **HOWEVER,** *CCIE* is a California Corporation and a COMPLETELY Separate Entity from that of *CCIC*.  *SEE* **EXHIBIT A**-*CCIC SEARCH*.

(f) *SAID BAD* APPLE'S RULE 11 VIOLATIONS, including **HER PERJURED STATEMENTS**, would be imputed to *CCIE, CCMC* and *RAS* as well as to HER LAW firm.

## (4) FRAUD ON THIS COURT

(a) *SAID BAD APPLE* has **FURTHER LIED and PERJURED** herself by **INTENTIONALLY MISREPRESENTING** to THE COURT that *REGISTERED AGENT SOLUTIONS, INC.* (hereinafter "*RAS*") is the registered agent of *CCIE*.  A search of the DATABASES of the CA Department of Insurance (hereinafter "DOI") and CA Secretary of State (hereinafter "SOS") would have confirmed that *RAS* is **NOT** the registered agent of *CCIE*, **BUT FOR** *CCMC*.  I also called RAS to confirm this fact.  THIS IS WHAT A **REASONABLE INQUIRY UNDER THE CIRCUMSTANCES** AS **REQUIRED** BY RULE 11 **ENTAILS!!**

(b) *SAID BAD APPLE* has submitted a **FALSIFIED/FORGED** *DOCUMENT* prepared by *RAS* as a means to deceive THIS COURT as to her law firm's even has authority to represent *CCIE* as well as to support her assertions to a **NON-**

**FRIVOLOUS** prosecution of *CCIE's* **UNFAIR/UNLAWFUL PRACTICES**. However, since these **LIES** made to THIS COURT are **UNDER OATH**; she has **PERJURED** HERSELF and committed **FRAUD on THIS COURT**.

(c) A FURTHER EXAMPLE of *said BAD APPLE's* **FRAUD ON THIS COURT** is that she is continuing to **INTENTIONALLY** MISREPRESENT that *RAS* is the registered agent of *CCIE*. IN HER MOST recent submission of THIS **FALSIFIED/FORGED** *DOCUMENT*, she attempts to DECEIVE THIS COURT by submitting a SEARCH of the *SOS* databases that establishes that *RAS* is a Registered Agent of CALIFORNIA CASUALTY INSURANCE COMPANY (hereinafter "*CCIC*"), an OREGON Corporation, and CLAIMS, UNDER OATH, to represent that *CCIC* is *CCIE*. **HOWEVER,** *CCIE* is a California Corporation and a COMPLETELY Separate Entity from that of *CCIC*. *SEE* **EXHIBIT A**-*CCIC SEARCH*.

(d) AS MENTIONED-ABOVE, *BAD APPLE* has **PERJURED** herself because she states **UNDER OATH** in DEFENDANT's OPPOSITION TO PLAINTIFF'S ENTRY OF A DEFAULT JUDGMENT AGAINST *CCIE* that "*CCIE received formal notification of service through its registered agent on October 19, 2022*." THIS IS A LIE! AS mentioned above, the *RAS RECEIPT* is a **FALSIFIED/FORGED** *DOCUMENT* that fraudulently states that a COMPLAINT along with a SUMMONS and a DEMAND FOR JURY TRIAL were personally served on CCIE's Registered Agent. *SEE* **EXHIBIT B**-*FORGED DOCUMENT*. FOR A

DETAILED DISCUSSION CONCERNING THIS **FALSIFIED/FORGED *DOCUMENT*** PLEASE REFER TO **PLAINTIFF'S REPLY TO DEFENDANT'S OPPOSITION AND THIS COURT FAILURE TO ENTER A DEFAULT JUDGMENT AGAINST CCIE AS REQUIRED BY RULE 55(b)(1).**

(e) FURTHERMORE, *said BAD APPLE* HAS NOW RESORTED TO more ***BRAZEN* MISCONDUCT** and is relying on further **DECEPTION** by using **MISDIRECTION** TO CONFUSE THE COURT.  SHE submits a document that shows that RAS is a Registered Agent of *CCIC*, an **OREGON** Corporation, and tries to represent that CCIC is *CCIE* as well as resubmitting the same **FALSIFIED/FORGED RAS RECEIPT OF PROCESS of SERVICE** WITHOUT the ENCLOSURES in an EFFORT once again TO **DECEIVE** THIS COURT into believing this is a LEGITIMATE Document.

(f) *SAID BAD* APPLE'S RULE 11 VIOLATIONS, including HER **FRAUD on THIS COURT**, would be imputed to *CCIE, CCMC* and *RAS* as well as to HER LAW firm.

**(5) CIVIL CONSPIRACY**

(a) IN ADDITION, the filed NOTICE of Certificate of Interested Parties requirement under Local Rule 7.1-1 fails to mention the interest of *CCMC* and that *RAS* is the **REGISTERED AGENT** of *CCMC* (not *CCIE*) and that MARY BECKWITH is the Senior Administrative Secretary for *CCMC* (not *CCIE*).  It

should also be noted that both *CCIE* and *CCMC* share EXACT SAME ADDRESS as does *CCIC*!

(b) RAS has forged/falsified a document claiming it to be a RECEIPT OF SERVICE OF PROCESS that said BAD APPLE is using to DECEIVE THIS COURT into BELIEVING IS **LEGIT!**

(c) SAID BAD APPLE'S RULE 11 VIOLATIONS, PERJURY, FRAUD ON THIS COURT, DELAY, HARASSMENT, MALICIOUS PROSECUTION, ABUSE OF PROCESS, FURTHERANCE OF A CRIME and FURTHER VIOLATION OF NRS §686A.310 **IS IMPUTED** to *CCIE, CCMC* and *RAS* as well as to HER Law Firm. THUS, thanks to *said BAD APPLE's* **CONDUCT AND UNLAWFUL PRACTICES** the list of CO-CONSPIRATORS is growing in **LEAPS AND BOUNDS!**

## V. THIS COURT **MUST** ORDER SANCTIONS AGAINST SHERI M. THOME; WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP; AND CCIE

Since said ANSWER is in itself a frivolous document submitted only for IMPROPER PURPOSES; the ANSWER should be struck from the record.  FURTHER, THIS COURT needs to ACKNOWLEDGE that *CCIE* has still FAILED TO FILE *AN ANSWER* WITHIN THE REQUIRED **21 Days** and as such **MUST** enter a **DEFAULT JUDGMENT** against CCIE!!

FURTHERMORE, these Pleadings are SOLELY for the PURPOSE of HARASSING ME, DEEPENING MY EMOTION DISTRESS, FURTHER DRAINING MY FINANCES SO THAT I WOULD BE UNABLE TO CONTINUE WITH THIS CASE AND *CCIE* CAN GET OUT OF PAYING ITS LEGAL OBLIGATIONS!!

should also be noted that both *CCIE* and *CCMC* share EXACT SAME ADDRESS as does *CCIC*!

**(b)** RAS has forged/falsified a document claiming it to be a RECEIPT OF SERVICE OF PROCESS that said BAD APPLE is using to DECEIVE THIS COURT into BELIEVING IS **LEGIT!**

**(c)** SAID BAD APPLE'S RULE 11 VIOLATIONS, PERJURY, FRAUD ON THIS COURT, DELAY, HARASSMENT, MALICIOUS PROSECUTION, ABUSE OF PROCESS, FURTHERANCE OF A CRIME and FURTHER VIOLATION OF NRS §686A.310 **IS IMPUTED** to *CCIE, CCMC* and *RAS* as well as to HER Law Firm. THUS, thanks to *said BAD APPLE's* **CONDUCT AND UNLAWFUL PRACTICES** the list of CO-CONSPIRATORS is growing in **LEAPS AND BOUNDS**!

## V. THIS COURT **MUST** ORDER SANCTIONS AGAINST SHERI M. THOME; WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP; AND CCIE

Since said ANSWER is in itself a frivolous document submitted only for IMPROPER PURPOSES; the ANSWER should be struck from the record.  FURTHER, THIS COURT needs to ACKNOWLEDGE that *CCIE* has still FAILED TO FILE *AN ANSWER* **WITHIN** THE REQUIRED **21 Days** and as such **MUST** enter a **DEFAULT JUDGMENT** against CCIE!!

FURTHERMORE, these Pleadings are SOLELY for the PURPOSE of **HARASSING** ME, **DEEPENING** MY EMOTION DISTRESS, FURTHER **DRAINING** MY FINANCES SO

THAT I WOULD BE UNABLE TO CONTINUE WITH THIS CASE AND *CCIE* CAN GET OUT OF PAYING *ITS **LEGAL** OBLIGATIONS*!!

Just as an attorney is an Officer of the Court sworn to uphold the law; THIS COURT is by Its very nature is HELD to a **HIGHER** standard of actually PROMOTING Justice and **NOT** inhibiting it.  ACCORDINGLY, THIS COURT **MUST** ORDER SANCTIONS AGAINST SHERI M. THOME; WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP; AND *CCIE* otherwise this court too is a Co-conspirator.

Here is an OFFICER OF THE COURT who is willing to **break the law** in order to TO JUSTIFY *CCIE's **UNLAWFUL/UNFAIR** PRACTICES* IN ITS FAILURE **TO PROCESS, SETTLE AND PAY** ON CLAIM LOSSES THAT ARE CLEARLY COVERED LOSS PERILS!  MOREOVER, *said BAD APPLE* is TRYING **TO CIRCUMVENT** THE LAWS put in place to prevent this from occurring IN THE FIRST PLACE, WITH THE SOLE PURPOSE of WILLFULLY DELAYING PAYMENT OR SETTLING THIS LAWSUIT IN THE HOPE OF **AVOIDING** TO HAVING TO PAY ANYTHING AT ANY COST!  IS THIS THE TYPE OF PERSON AND LAW FIRM WHO WE WANT PRACTICING LAW AND LEGALLY REPRESENTING A CLIENT'S INTERESTS BEFORE THIS COURT??

If the ANSWER is **NO,** then what does THIS COURT need to do to make sure someone like this and her Law Firm NEVER practice law in THIS COURT AGAIN!!  I know what I MUST DO; the QUESTION is does THIS COURT KNOW what IT **MUST** do, if IT is **STILL** an INSTITUTION where **JUSTICE CAN BE OBTAINED??**

*RULE 11 SANCTIONS*                    *PAGE 24 OF 28*

If I were a JUDGE, I would *LITERALLY* THROW **THE** "BOOK" AT HER and **DISBAR** *said BAD APPLE* from ever practicing LAW again.  However since this is NOT likely: THIS COURT **NEEDS** to make statement that this type of **UNLAWFUL/UNFAIR PRACTICES** WILL **NEVER** BE TOLERATED UNDER ANY CIRCUMSTANCES, ESPECIALLY when they are being used TO **DECEIVE** THIS COURT.  TO **DETER** THIS FROM EVER HAPPENING AGAIN, THIS COURT should award Monetary Sanctions of **$25,000** In Attorney and Court Fees and **$1,000,000** PUNITIVE Damages to be paid, *JOINTLY AND SEVERALLY*, by SHERI M. THOME; WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP; AND *CCIE* as well as STRIKING ALL OF DEFENDANT'S FILED-PLEADINGS, INCLUDING BUT LIMITED TO, ITS "ANSWER" AND DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT AND SUMMARY JUDGMENTS.  FURTHER I would REQUIRE EACH MEMBER OF SAID LAW FIRM TO TAKE 25 HOURS OF ETHICS CEs and PROVIDE **1000** PRO BONO HOURS IN 2023!!

## VI. CONCLUSION

It is clear that *said BAD APPLE* has NO RESPECT for Herself OR for the **SANCTITY OF THIS COURT** and she **EPITOMIZES** everything wrong with Attorneys and the Legal System!  THIS COURT owes IT to our SOCIETY and the JUDICIAL SYSTEM to make an EXAMPLE of someone like *said BAD APPLE* and at least PUBLICLY CENSOR HER and bring PERJURY CHARGES against HER for lying to the COURT and for trying

 

to DECEIVE this COURT into FURTHERING *CCIE's* CRIMES **against ME** in a

FURTHER **VIOLATION OF the LAW**!

FURTHERMORE, THERE IS a saying that "*IGNORANCE IS BLISS*," but in *said BAD*

*APPLE's* situation; **IGNORANCE** will get HER AND HER LAW FIRM **SANCTIONS**

UNDER **RULE 11**!


DATED: **23 NOVEMBER 2022**

BY: _____

DR TRUST JUSTICE "TJ" TRUTH, ESQUIRE

# EXHIBIT A - *CCIC SEARCH*



CALIFORNIA CASUALTY
INSURANCE COMPANY
(3524126)

|  | Request Certificate |
| --- | --- |
| Initial Filing Date | **07/19/2012** |
| Status | **Active** |
| Standing - SOS | **Good** |
| Standing - FTB | **Good** |
| Standing - Agent | **Good** |
| Standing - VCFCF | **Good** |
| Formed In | **OREGON** |
| Entity Type | **Stock Corporation - Out of State - Stock** |
| Principal Address | **1875 S. GRANT STREET, SUITE 800 SAN MATEO, CA 94402** |
| Mailing Address | **1875 S. GRANT STREET, SUITE 800 SAN MATEO, CA 94402** |
| Statement of Info Due Date | **07/31/2023** |
| Agent | **1505 Corporation 1231 REGISTERED AGENT SOLUTIONS, INC. 720 14TH STREET SACRAMENTO, CA 95814** |

**View History**

**Request Access**

B-000001

**EXHIBIT B** - *FORGED DOCUMENT*

*RULE 11 SANCTIONS*          *PAGE 28 OF 28*



**Registered Agent Solutions, Inc.**
*Corporate Mailing Address*
1701 Directors Blvd.
Suite 300
Austin, TX 78744

Phone: (888) 705-RASi (7274)

# SERVICE OF PROCESS RECEIPT

*[handwritten: SHOULD BE CCMC]*

2022-10-19

Mary Beckham
**California Casualty Indemnity Exchange**
1875 S Grant Street
Suite 800
San Mateo, CA 94402 USA

> **NOTICE OF CONFIDENTIALITY**
> This notice and the information it contains are intended to be a confidential communication only to the individual and/or entity to whom it is addressed. If you have received this notice in error, immediately call our SOP Department at (888) 705-7274.

RE: California Casualty Indemnity Exchange

*[handwritten: BE MAILED]*

This receipt is to inform you that Registered Agent Solutions, Inc. has received a Service of Process on behalf of the above-referenced entity as your registered agent and is hereby forwarding the attached document(s) for your immediate review. A summary of the service is shown below; however, it is important that you review the attached document(s) in their entirety for complete and detailed information.

For additional information and instruction, contact the document issuer: ATTORNEY AT LAW

### SERVICE INFORMATION

Service Date: 2022-10-19
Service Time: 1:28 PM PDT
Service Method: Process Server

### RASI REFERENCE INFORMATION

Service No.: 0231509
RASI Office: California
Rec. Int. Id.: AC

### CASE INFORMATION

Case Number: 2:22-CV-1451-GMN-BNW
File Date: 09/06/2022
Jurisdiction: US DISTRICT COURT IN AND FOR DISTRICT OF NEVADA
Case Title: DR TRUST JUSTICE TJ TRUTH VS CALIFORNIA CASUALTY INDEMNITY EXCHANGE

### ANSWER / APPEARANCE INFORMATION

Review Document(s) *(Be sure to review the document(s) for any required response dates)*

### AGENCY / PLAINTIFF INFORMATION

Firm/Issuing Agent: ATTORNEY AT LAW
Attorney/Contact: DR TRUST JUSTICE TJ TRUTH
Location: Nevada
Telephone No.: 702-686-0907

### DOCUMENT(S) RECEIVED & ATTACHED

~~Complaint~~
Summons
Demand for Jury Trial

*[handwritten: ? NO SUMMONS OR DEMAND WERE RECEIVED OR ATTACHED.]*

### ADDITIONAL NOTES

*[handwritten: REASON WHY BOTS ARE DANGEROUS TO USE!]*

Questions or Comments... Should you have any questions or need additional assistance, please contact the SOP Department at (888) 705-7274.

You have been notified of this Service of Process by Insta-SOP Delivery, a secure email transmission. The transmitted documents have also been uploaded to your Corpliance account. RASI offers additional methods of notification including Telephone Notification and FedEx Delivery. If you would like to update your account's notification preferences, please log into your Corpliance account at www.rasi.com.

*Thank you for your continued business!*

A-000001

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I certify that I served a true and correct copy of the foregoing **NOTICE AND MOTION FOR RULE 11 SANCTIONS THAT INCLUDE STRIKING ALL OF DEFENDANT'S FILED-PLEADINGS, INCLUDING BUT LIMITED TO, ITS "ANSWER" AND DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT AND SUMMARY JUDGMENTS** via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic filing user with the Clerk.

Sheri M. Thome, Esq.
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
6689 South Las Vegas Blvd., Ste 200
Las Vegas, NV 89919
Attorney for CALIFORNIA CASUALTY INDEMNITY EXCHANGE (THE) **OR MAYBE** CALIFORNIA CASUALTY MANAGEMENT COMPANY OR CALIFORNIA CASUALTY INSURANCE COMPANY, *I.E.,* **TBD**????

Date:  **23 NOVEMBER 2022**

Signature  _____
DR. TRUST JUSTICE "TJ" TRUTH, ESQUIRE